Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON BURNS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MIRAGE CASINO-HOTEL, a Domestic Corporation; DOES and ROES 1-100; inclusive,<br><br>Defendant. | Case No. 2:12-CV-01344-LDG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Byron Burns, Jr. and Defendant The Mirage Casino-Hotel, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

. . .

. . .

. . .

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: November 1U, 2012

Dated: November 12, 2012

_____
Veronica Arechederra Hall, Esq.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

/s/ Sharon L. Nelson
Sharon L. Nelson
8670 W. Cheyenne, Suite 120
Las Vegas, NV 89129

Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated this 26 day of November, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

4823-7683-8417, v. 1

JACKSON LEWIS LLP
LAS VEGAS

-2-